No. 90–1884.  PRUDENTIAL INSURANCE COMPANY OF AMERICA *v.* BROWN.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 90–1885.  SOBERON *v.* UNITED STATES; and
No. 90–8081.  PENA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 929 F. 2d 935.

No. 90–1886.  RICHARDSON'S JEWELLRY (LLOYDMINSTER) LTD. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (ORAN ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–1888.  FOSTER MCGAW HOSPITAL OF LOYOLA UNIVERSITY OF CHICAGO ET AL. *v.* BUILDING MATERIAL CHAUFFEURS, TEAMSTERS & HELPERS WELFARE FUND OF CHICAGO, LOCAL 786.  C. A. 7th Cir.  Certiorari denied.

No. 90–1889.  FLUENT, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE CLASS OF SALAMANCA LESSEES, ET AL. *v.* SALAMANCA INDIAN LEASE AUTHORITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–1890.  CLARK *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–1891.  KALISH ET AL. *v.* FRANKLIN ADVISERS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–1892.  UNION OIL COMPANY OF CALIFORNIA *v.* O'RILEY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 90–1893.  HIRSH *v.* CITY OF ATLANTA.  Sup. Ct. Ga.  Certiorari denied.

No. 90–1894.  BYRD *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 90–1895.  BERGNA *v.* FINKELSTEIN.  C. A. 9th Cir.  Certiorari denied.

No. 90–1896.  CITIZENS ACTION COALITION OF INDIANA, INC., ET AL. *v.* PSI ENERGY, INC., ET AL.  Sup. Ct. Ind.  Certiorari denied.